SAMUEL M. MELKON, Appellant, v. AMERICAN EXCHANGE IRVING TRUST COMPANY, Successor to and Sued as IRVING BANK-COLUMBIA TRUST COMPANY,

Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin and O'Malley, JJ., dissent.